UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHROME HEARTS LLC, a Delaware Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>CONTROSE INC., a New York Corporation; BOB KUNG, an Individual and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Civil Action No. 1:21-cv-06858-LJL-VF<br><br>**NOTICE OF ERRATA** |

**NOTICE IS HEREBY GIVEN TO THE COURT AND ALL PARTIES OF RECORD THAT:**

　　On September 12, 2022, plaintiff Chrome Hearts, LLC ("Plaintiff") filed its Declaration of Mario Lejtman in support of its Motion for Partial Summary Judgment under seal, under ECF No. 73.  However, Plaintiff inadvertently omitted Exhibits 6 through 8.  Plaintiff re-submitted Mr. Lejtman's Declaration with the complete set of Exhibits on the same day, under seal, under ECF No. 76.  Therefore, Plaintiff respectfully requests that this Court strike ECF No. 73 and considers ECF No. 76 instead.

Dated:　　　September 12, 2022　　BLAKELY LAW GROUP

　　　　　　　　　　　　　　　　　　By:　　/s/ Tara A. Currie
　　　　　　　　　　　　　　　　　　　　　Brent H. Blakely (BB1966)
　　　　　　　　　　　　　　　　　　　　　Tara A. Currie (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　1334 Parkview Avenue, Suite 280
　　　　　　　　　　　　　　　　　　　　　Manhattan Beach, CA 90266
　　　　　　　　　　　　　　　　　　　　　Telephone: 310-546-7400
　　　　　　　　　　　　　　　　　　　　　Email: tcurrie@blakelylawgroup.com
　　　　　　　　　　　　　　　　　　　　　***Attorneys for Plaintiff***
　　　　　　　　　　　　　　　　　　　　　***Chrome Hearts LLC***