UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHROME HEARTS LLC,

                              Plaintiff,

                  -against-                                  **21-CV-06858 (LJL) (VF)**

CONTROSE INC., a New York Corporation;                    **ORDER**
BOB KUNG, an individual, and DOES 1-10,

                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Parties are directed to submit an update on the status of discovery by October 15, 2022.

                        **SO ORDERED.**

DATED:     New York, New York
              September 22, 2022

                                                                                    VALERIE FIGUEREDO
                                                                                     United States Magistrate Judge