Jay R. McDaniel, Esq.
WEINER LAW GROUP LLP
629 Parsippany Road, P.O. Box 438
Parsippany, New Jersey 07054-0438
Phone: (973) 403-1100   Fax: (973) 403-0010
*Attorneys for Defendants, Controse, Inc. and Bob Kung*
2418919_1

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CHROME HEARTS LLC, a Delaware Limited Liability Company,**<br><br>**Plaintiff,**<br><br>v.<br><br>**CONTROSE INC., a New York Corporation; BOB KUNG, an Individual and DOES 1-10, inclusive,**<br><br>**Defendants.** | **21-cv-6858 – LJL-VF**<br><br>*Civil Action*<br><br>**DEFENDANTS' NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PLEASE TAKE NOTICE that the undersigned, counsel for Defendants, Controse Inc and Bob Kung (jointly "Defendants"), will move before this Court in the Southern District of New York on a date set by this Court for an Order granting partial summary judgment against Plaintiff, Chrome Hearts, LLC, in favor of the Defendants, for a finding of no liability as to all claims of 1) counterfeit in Plaintiff's Amended Complaint; 2) any infringement was unintentional, not willful, without

1

malice, and without bad faith; 3) Plaintiff's Unfair Competition under New York Common law be dismissed; and 4) a finding that no punitive damages is available.

PLEASE TAKE FURTHER NOTICE that Defendants will rely upon the Declaration of Jay R. McDaniel, Esq., Declaration of Bob Kung, Defendants' Brief, and Defendants' Statement of Material Facts in support.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is attached hereto.

{Signature page to follow}

Respectfully submitted,

WEINER LAW GROUP LLP
*Attorneys for Defendants, Controse, Inc.*
*and Bob Kung*

By:   *s/ Jay R. McDaniel*
          Jay R. McDaniel, Esq.
          A Member of the Firm

Dated: September 12, 2022

3